IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

POLLY R. BROOKS,

    Plaintiff(s),

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

Case Number: 1:08cv43

Chief Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to Timothy S. Black, United States Magistrate Judge . Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 6, 2009 a Report and Recommendation (Doc. 12). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner is **SUPPORTED BY SUBSTANTIAL EVIDENCE,** and is therefore, **AFFIRMED.** As no further matters remain pending for this Court's review, this case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
        Chief Judge Susan J. Dlott
        United States District Court